AO 442    (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

713101031112

# UNITED STATES DISTRICT COURT

_____ Western _____   District of _____ Texas _____

AUX # → 1:19 mj 13

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CARMEN NATALIA
VALDERRAMOS-MELENDEZ

Case Number:   DR:18-CR-1614

F I L E D

JAN – 8 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Carmen Natalia Valderramos-Melendez   (Material Witness)

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☒ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITIONS OF PRETRIAL RELEASE OF (MATERIAL WITNESS)
(SEE ATTACHED COPY)

A true copy of the original, I certify,
Clerk U.S. District Court

By_____
Deputy

in violation of Title(s) _____   United States Code, Section(s)   Please see attached Indictment

C. Rodriguez
Name of Issuing Officer                     Signature of Issuing Officer

U.S. Deputy Clerk                            12/14/2018                    Del Rio, TX
Title of Issuing Officer                     Date and Location

DATE ISSUED:        12/14/2018

Bail fixed at $    Detain         by    U.S. Magistrate Judge Victor R. Garcia
                                          Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/14/18 | A. Wong | Dusm | |
| DATE OF ARREST | | |
| 01/08/19 | | |

PS 8   2
(Rev. 12/04)

FILED

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

DEC 14 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

U.S.A. vs. Alexis Medrano-Rueda, et al

Docket No.

[0542 2:18-CR-1614]

## Petition for Action on Conditions of Pretrial Release

COMES NOW  Carla Reyna                                          , pretrial services/probation officer, presenting an

official report upon the conduct of material witness      Carmen Natalia Valderramos-Melendez

who was placed under pretrial release supervision by the  Honorable Victor Roberto Garcia                .

sitting in the court at  Del Rio, Texas                              on the 11th    date of September , 2018

under the following conditions:

1) The material witness shall not commit any offense in violation of federal,state or local law while on release in this case.

7(x): Material witness is to notify U.S. Pretrial Services of any contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 28, 2018, the material witness was arrested by the Fairfax County Police Department located in Fairfax, Virginia. Loss prevention at the Fair Oaks Shopping Center observed the material witness conceal and steal jewelry and clothing inside the store Lord And Taylor. The material witness was apprehended and released on a $5,000 unsecured bond, pending further prosecution for Grand Larceny (>=$500). Additionally, the material witness failed to report this contact with law enforcement to U.S. Pretrial Services.

PRAYING THAT THE COURT WILL ORDER  that a WARRANT be issued for the arrest of the material witness and that she be brought before the court to explain why her bond should not be revoked.

A true copy of the original, I certify,
Clerk U.S. District Court

By _____
Deputy

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/14/2018

### ORDER OF COURT

Considered and ordered this 14th     day of

December    , 2018     and ordered filed

and made a part of the records in the above case.

Honorable Victor Roberto Garcia

U.S. District Judge/Magistrate/Judge

_____
U.S. Pretrial Services/Probation Officer

Place    United States Courthouse
111 East Broadway Street
Del Rio, Texas

